### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JERRY DANIELS**                                                              **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 1:24-cv-256-TBM-RPM**

**CORBITT PUBLIC ADJUSTING, LLC**
*and* **MILES A. CORBITT**                                                    **DEFENDANTS**

### ORDER

This matter came before the Court on Corbitt Public Adjusting's Motion to Dismiss [52] and Jerry Daniels' Objection to the Magistrate Judge's Order the Denying Motion to Compel [66]. At the hearing conducted on July 27, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Corbitt Public Adjusting's Motion to Dismiss [52] is DENIED.

IT IS FURTHER ORDERED that Jerry Daniels' Objection to the Magistrate Judge's Order Denying the Motion to Compel [66] is OVERRULED.

This, the 27th day of July, 2026.

                                                _____
                                                **TAYLOR B. McNEEL**
                                                **UNITED STATES DISTRICT JUDGE**